PS 42
(8/96 D/CO)

**United States District Court**

**District of Colorado**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 15 2005

GREGORY C. LANGHAM
CLERK

| United States of America | ) | |
| --- | --- | --- |
| vs | ) | |
| Trenson Byrd | ) | Case No. 04-CR-463-MK |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Trenson Byrd, have discussed with Christine A. Zorn, Probation Officer, modification of my release as follows:

Bond shall be modified to a personal recognizance bond. The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed with the condition defendant's passport remain surrendered.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  11/7/05   _____  10/14/05
Signature of Defendant    Date      Probation Officer         Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  10/14/05
Signature of Defense Counsel   Date

_____  12/1/05
Signature of Assistant U.S. Attorney   Date

[X]  The above modification of conditions of release is ordered, to be effective on December 15, 2005

[ ]  The above modification of conditions of release is **not** ordered.

_____   December 15, 2005
Signature of Judicial Officer   Date

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE